

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2014

No. 04-14-00418-CV

**IN THE INTEREST OF A.S., A CHILD,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00002
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. Appellant Fabian S. has filed a notice of appeal, stating that appellant is presumed indigent. *See* TEX. R. APP. P. 20.1(a)(3). The clerk's record and reporter's record were due on June 23, 2014. Neither has been filed. We therefore ORDER the trial court clerk to file the clerk's record on or before **July 7, 2014 NO EXTENSIONS WILL BE GRANTED.** We also ORDER the court reporter responsible for preparing the reporter's record to file the reporter's record on or before **July 7, 2014**. **NO EXTENSIONS WILL BE GRANTED.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court